UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-------------------------------------------------------------------------X

RICARDO RAMIRO, individually and on behalf of all others similarly situated,

             Plaintiff,

  -against-

KIM CHEE PRIDE, INCORPORATED and SUNG KIM and JAMES KIM, as individuals,

          Defendants.

-------------------------------------------------------------------------X

20-CV-1278 (CCC)(ESK)

Notice of Voluntary Dismissal as to Defendants Sung Kim and James Kim ONLY Without Prejudice

IT IS HEREBY NOTICED that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, as against Defendants Sung Kim and James Kim **only**, without prejudice and without costs or attorneys' fees, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: February 22, 2020
   Kew Gardens, New York

Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiff s*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
718-263-9591

**SO ORDERED**

Hon. _____

This ___ day of _____, 2021