# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RICARDO RAMIRO,** Plaintiff, v. **KIM CHEE PRIDE, INC.,** *et al.*, Defendants. | Case No. 20–cv–12780–ESK **ORDER** |

**THIS MATTER** having come before the Court on plaintiff's motion to approve settlement filed on March 24, 2021 (Motion) (ECF No. 21); and the parties having consented to a magistrate judge to conduct all proceedings in this matter (ECF No. 24); and for the reasons stated on the record,

**IT IS** on this **8th** day of **April 2021 ORDERED** that:

1. The Motion (**ECF No. 21**) is **GRANTED**. The Settlement is approved.

2. The Clerk of the Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　/s/ *Edward S. Kiel*
　　　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**